**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LAKE EFFECT FINE WINE DISTRIBUTION CO.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **71-0894434** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**910 West Van Buren Street**<br>**Suite 5000**<br>**Chicago, IL 60607** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 7772**<br>**Chicago, IL 60680-7772** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box)<br>■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | FORM B1, Page 2 |
|---|---|
| | **LAKE EFFECT FINE WINE DISTRIBUTION CO.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Alex Pirogovsky**
Signature of Attorney for Debtor(s)

**Alex Pirogovsky**
Printed Name of Attorney for Debtor(s)

**Ungaretti & Harris LLP**
Firm Name

**3500 Three First National Plaza**
**Chicago, IL 60602**
Address

**312-977-4400  Fax: 312-977-4405**
Telephone Number

**May  4, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Dornan**
Signature of Authorized Individual

**Mark Dornan**
Printed Name of Authorized Individual

**President and Secretary**
Title of Authorized Individual

**May  4, 2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.** ,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 49,852.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 6 | | 9,376.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 531,375.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | Total Assets | | 49,852.60 | | |
| | | Total Liabilities | | 540,751.43 | |

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    ,    Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **LAKE EFFECT FINE WINE DISTRIBUTION CO.** , Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mt. Prospect Nat'l Bank 50 N. Main Street Mount Prospect, IL 60056 Account No. xxx7954** | - | 6,811.46 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Certificate of Deposit with Illinois Department of Revenue held at Illinois National Bank, 322 Capitol Ave., Springfield, IL 62701** | - | 1,025.19 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **The Hartford: Workers' Compensation and Business Insurance Policies** | - | Unknown |

Sub-Total >     7,836.65
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **LAKE EFFECT FINE WINE DISTRIBUTION CO.**    ,     Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **See Attached Schedule B-15. Certain accounts may have been paid ore delivered to related third parties who refuse to cooperate with Debtor.** | - | 24,062.52 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Reimbursements due from Beverage Testing Institute and Tastings Import Co. for various claims paid by the Debtor.** | - | 14,511.26 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **38,573.78**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**             Case No. _____

_____, 

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Various causes of action including, without limitation, tortious interference with contractual relations, tortious interference with prospective business relations, usurpation of business opportunities, conversion, breach of fiduciary duties against related third parties including, without limitation, Charles Laverick, Debra O'Kennard, The Frugal Wine Company Inc., Beverage Testing Institute, Tasting Imports Company.** | - | **Unknown** |
| | | **In March 2005, the Debtor returned certain inventory to Tastings Import Company, for which inventory the Debtor believes it had already paid. Thus, a refund is due to the Debtor from Tastings Import Company for the inventory returned.** | - | **Unknown** |
| | | **Tax Refund due from State of Illinois** | - | **Unknown** |
| | | **Shipping and Handling charges owed to Debtor by Frugal Wine Company (appx. $3.00 per case of wine) shipped from the West Coast.** | - | **Unknown** |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Liqour License No. 04-2D-0055374** | - | **Unknown** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Miscellaneous standard office supplies and furniture** | - | **500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Personal Computer** | - | **500.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

Sub-Total >    **1,000.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**     ,     Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **Wine, sold to various customers but not yet delivered.** | - | 2,442.17 |

| | | |
|---|---|---|
| | Sub-Total > | **2,442.17** |
| | (Total of this page) | |
| | Total > | **49,852.60** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6D
(12/03)

In re  __**LAKE EFFECT FINE WINE DISTRIBUTION CO.**_____,    Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | |
| Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/04)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                                    Case No. _____
                                                                        ,
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**5**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    ,     Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |
| Account No. |  |  | **Commissions** |  |  |  |  |  |  |
| **Ambrose Vanarsdale 18141 Cherrywood Homewood, IL 60430** | - |  |  |  | X | X | X | 149.81 | 149.81 |
| Account No. |  |  | **Commissions** |  |  |  |  |  |  |
| **Anthony Fuller 2565 N. Forestview River Grove, IL 60171** | - |  |  |  | X | X | X | 138.42 | 138.42 |
| Account No. |  |  | **Comissions** |  |  |  |  |  |  |
| **Audra Meier 3541 N. Wilton Chicago, IL 60657** | - |  |  |  | X | X | X | 1,790.73 | 1,790.73 |
| Account No. |  |  | **Commissions** |  |  |  |  |  |  |
| **Brendan Clough 5415 N. Sheridan, #1710 Chicago, IL 60640** | - |  |  |  | X | X | X | 742.26 | 742.26 |
| Account No. |  |  | **Commissions** |  |  |  |  |  |  |
| **Craig Wilson 2542 W. 103rd Place Chicago, IL 60655** | - |  |  |  | X | X | X | 132.74 | 132.74 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)           2,953.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.** ,   Case No. _____
Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Alleged Wages | | | | | |
| Debra O'Kennard 5505 W. Leland Avenue Chicago, IL 60630 | - | | | | X | X | 250.00 | 250.00 |
| Account No. | | | Commissions | | | | | |
| Dena Buck 1550 Damen, #203 Chicago, IL 60622 | - | | | X | X | X | 107.37 | 107.37 |
| Account No. | | | April 2005  Salary | | | | | |
| Elizabeth Turner c/o Frugal Wine Company 910 W. Van Buren, St. 5000 Chicago, IL 60607 | - | | | | X | X | 500.00 | 500.00 |
| Account No. | | | Commissions | | | | | |
| Erin Rhoads 1365 W. Sunnyside, #3 Chicago, IL 60640 | - | | | X | X | X | 589.06 | 589.06 |
| Account No. | | | Commissions | | | | | |
| Frank Weld 627 St. Johns Place Addison, IL 60101 | - | | | X | X | X | 206.32 | 206.32 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  **1,652.75**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                                        Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. James Ledbetter 426 S. 4th Street Saint Charles, IL 60174 | - | | Commissions | X | X | X | 285.45 | 285.45 |
| Account No. Jennifer Mass 5 Gale Avenue River Forest, IL 60305 | - | | Commissions | X | X | X | 615.52 | 615.52 |
| Account No. John Castenedo 6004 S. Mason Chicago, IL 60638 | - | | Commissions | X | X | X | 81.83 | 81.83 |
| Account No. Nicholas Gurniewicz 812 W. Junior Terr., #3 Chicago, IL 60613 | - | | Commissions | X | X | X | 3,301.67 | 3,301.67 |
| Account No. Rebecca Delott 2616 N. Hampden Ct., #208 Chicago, IL 60614 | - | | Commissions | X | X | X | 110.39 | 110.39 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **4,394.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.** _____ ,   Case No. _____
                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Commissions | | | | | |
| Ron Montonera 16 Sussey Ct. Lake In The Hills, IL 60156 | - | | | | X | X | X | 149.00 | 149.00 |
| Account No. | | | | Commissions | | | | | |
| Thomas Scanio 10013 N. 17th Avenue Melrose Park, IL 60160 | - | | | | X | X | X | 225.84 | 225.84 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __4__ of __5__ continuation sheets attached to           Subtotal           | 374.84
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)

Form B6E - Cont.
(04/04)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                         ,   Case No. _____
                                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | |
| Account No.<br><br>**City of Chicago<br>Department of Revenue<br>121 N. LaSalle St., Rm. 107<br>Chicago, IL 60601** | - | **Taxes on April 2005 sales** | | | X | | Unknown | Unknown |
| Account No.<br><br>**Cook County Collector<br>118 N. Clark Street, Rm. 112<br>Chicago, IL 60602** | - | **Taxes on April 2005 sales** | | | X | | Unknown | Unknown |
| Account No.<br><br>**Illinois Department of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60601** | - | **Taxes on April 2005 sales** | | | X | | Unknown | Unknown |
| Account No.<br><br>**Internal Revenue Service<br>230 S. Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604** | - | **Notice Purposes Only** | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 9,376.41 |

Form B6F
(12/03)

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    ,    Case No. _____
                                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Alleged Auto Allowance | | | | |
| Ambrose Vanarsdale 18141 Cherrywood Homewood, IL 60430 | - | | | | | | X | X | 400.00 |
| Account No. | | | | | Trade | | | | |
| Amicus 3320 Anita Court Napa, CA 94558 | - | | | | | | X | X | 13,336.90 |
| Account No. | | | | | Alleged Auto Allowance | | | | |
| Anthony Fuller 2565 N. Forestview River Grove, IL 60171 | - | | | | | | X | X | 400.00 |
| Account No. | | | | | Trade | | | | |
| Axios 919 Logtown Rd. Ellicott City, MD 21043 | - | | | | | | X | X | 16,089.01 |

__8__ continuation sheets attached

Subtotal
(Total of this page)                    30,225.91

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:26977-050418    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.** ,            Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade | | | | |
| Barnard-Griffin, Inc. Attn: Denise 878 Tulip Lane Richland, WA 99352 | | - | | | | X | X | 2,394.45 |
| Account No. | | | | Alleged Loan | | | | |
| Beverage Testing Institute 910 W. Van Buren Suite 5000 Chicago, IL 60607 | | - | | | | X | X | 218,866.80 |
| Account No. | | | | Trade | | | | |
| Champagnes & Chateaux 272 Plandome Rd. Manhasset, NY 11030 | | - | | | | X | X | 1,712.00 |
| Account No. | X | - | | Company Credit Card | | X | X | |
| Cole Taylor Bank - Elan 111 W. Madison Chicago, IL 60602 | | | | | | | | 2,825.74 |
| Account No. | | | | Utility | | | | |
| Commonwealth Edison Bill Payment Center Chicago, IL 60668 | | - | | | | X | X | 256.45 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**226,055.44**

Form B6F - Cont.
(12/03)

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.** ,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Alleged Auto Allowance | | X | X | |
| Craig Wilson 2542 W. 103rd Place Chicago, IL 60655 | | | | | | | | 920.00 |
| Account No. | | - | | Trade | | X | X | |
| D & G Transportation PO Box 856 Germantown, WI 53022-0856 | | | | | | | | 4,444.60 |
| Account No. | | - | | Trade | | X | X | |
| Daily Herald PO Box 6000 Carol Stream, IL 60197-6000 | | | | | | | | 314.61 |
| Account No. | | - | | Alleged, unauthorized business expenses | | X | X | |
| Debra O'Kennard 5505 W. Leland Avenue Chicago, IL 60630 | | | | | | | | 10,592.40 |
| Account No. | | - | | Trade | | X | X | |
| Deluxe Business Checks and Solution PO Box 1186 Lancaster, CA 93534-1186 | | | | | | | | 202.52 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 16,474.13

Form B6F - Cont.
(12/03)

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                              Case No. _____

                                                                    ,
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Alleged Auto Allowance | | | | |
| Dena Buck 1550 Damen, #203 Chicago, IL 60622 | | - | | | | X | X | 400.00 |
| Account No. | | | | Trade | | | | |
| DigeratiGroup 412 S. Wells Street Suite 803 Chicago, IL 60607 | | - | | | | X | X | 1,001.24 |
| Account No. | | | | Company Credit Card - Alternate address | | | | |
| Elan Financial Services PO Box 790408 Saint Louis, MO 63179 | X | - | | | | X | X | 0.00 |
| Account No. | | | | Alleged Auto Allowance | | | | |
| Frank Weld 627 St. Johns Place Addison, IL 60101 | | - | | | | X | X | 400.00 |
| Account No. | | | | Loans | | | | |
| Gary E. Nei 1854 Knollwood Road Lake Forest, IL 60045 | | - | | | | X | X | 100,000.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **101,801.24**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                                    ,    Case No. _____
                                                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade | | | | |
| Go Lightly Manufacturing 3600 Sunrise Blvd., #2 Rancho Cordova, CA 95742 | - | | | | X | X | 574.16 |
| Account No. | | | Notice Purposes Only | | | | |
| Haw River Wine Man 2921 Wormranch Rd. Haw River, NC 27258 | - | | | | | | 0.00 |
| Account No. | | | Alleged Auto Allowance | | | | |
| James Ledbetter 426 S. 4th Street Saint Charles, IL 60174 | - | | | | X | X | 400.00 |
| Account No. | | | Potential claim for contribution or indemnity for Elan and Advanta company credit card bills. | X | | | |
| Mark Dornan 531 Briarhill Lane Glenview, IL 60025 | - | | | | | | 5,859.18 |
| Account No. | | | Loan balance | | | | |
| Mark Dornan 531 Briarhill Lane Glenview, IL 60025 | - | | | | | | 347.27 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,180.61

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025** | - | | | **Contribution claim for personal undertaking to pay taxing authorities for April 2005 sales tax** | | X | | **Unknown** |
| Account No.<br><br>**MHW Ltd.**<br>**272 Plandome Rd., Ste. 100**<br>**Manhasset, NY 11030** | - | | | Trade | | X | X | **23,979.00** |
| Account No.<br><br>**Montinore Estate**<br>**PO Box 490**<br>**Forest Grove, OR 97116** | - | | | Trade | | X | X | **1,984.66** |
| Account No.<br><br>**Old Dominion**<br>**PO Box 60908**<br>**Charlotte, NC 28260** | - | | | Trade | | X | X | **590.46** |
| Account No.<br><br>**Patrick J. Welsh**<br>**320 Park Avenue**<br>**Suite 2500**<br>**New York, NY 10022** | - | | | Loans | | X | X | **100,000.00** |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **126,554.12**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade | | | | |
| **Pavilion Winery** **5555 Napa Vallejo Hwy.** **American Canyon, CA 94503** | | - | | | | X | X | 14,230.34 |
| Account No. | | | | Trade | | | | |
| **Personal Concepts** | | - | | | | X | X | 46.90 |
| Account No. | | | | Trade | | | | |
| **Quill** **PO Box 94081** **Palatine, IL 60094-4081** | | - | | | | X | X | 830.93 |
| Account No. | | | | Alleged Auto Allowance | | | | |
| **Rebecca Delott** **2616 N. Hampden Ct., #208** **Chicago, IL 60614** | | - | | | | X | X | 400.00 |
| Account No. | | | | Alleged claim for labor | | | | |
| **Richard Bernstein** **c/o Frugal Wine Company** **910 W. Van Buren, Ste. 5000** **Chicago, IL 60607** | | - | | | | X | X | 300.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   15,808.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Alleged Auto Allowance | | | | |
| Ron Montonera 16 Sussey Ct. Lake In The Hills, IL 60156 | - | | | | | | X | X | 400.00 |
| Account No. | | | | | Trade | | | | |
| Sonoma Wine Services PO Box 207 Vineburg, CA 95487 | - | | | | | | X | X | 66.00 |
| Account No. | | | | | Trade | | | | |
| Staples 500 Staples Dr. Framingham, MA 01702 | - | | | | | | X | X | 572.72 |
| Account No. | | | | | Trade | | | | |
| Tastings Import Company 910 W. Van Buren Suite 5000 Chicago, IL 60607 | - | | | | | | X | X | 729.31 |
| Account No. | | | | | Trade | | | | |
| Terranova Import Corp. Arsenal Business Center, Bldg. 222 5301 Tacony St. - Box 323 Philadelphia, PA 19137-2351 | - | | | | | | X | X | 141.88 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | 1,909.91
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                                              ,   Case No. _____
                                                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Insurance premium for 2/13/05 through 2/13/06 | | | | |
| **The Hartford Financial Srvcs Group Hartford Plaza 690 Asylum Hartford, CT 06115** | - | | | | X | X | X | 4,040.00 |
| Account No. | | | | Alleged Auto Allowance | | | | |
| **Thomas Scanio 10013 N. 17th Avenue Melrose Park, IL 60160** | - | | | | | X | X | 900.00 |
| Account No. | | | | Trade | | | | |
| **Worldwide Express 2 East Eighth St., #1409 Chicago, IL 60605** | - | | | | | X | X | 425.49 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 5,365.49 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 531,375.02 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                              Case No. _____

_____,

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **United Investors** <br> **5948 N. Broadway** <br> **Chicago, IL 60660** | **The Debtor occupied space at 910 W. Van Buren, Suite 5000, and paid monthly rent to United Investors.  Related third parties also occupied, and presently occupy, space at 910 W. Van Buren, Suite 5000.  Debtor is not a party to a written lease or sublease.** |

___0___   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                              ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025** | **Cole Taylor Bank - Elan**<br>**111 W. Madison**<br>**Chicago, IL 60602** |
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025** | **Elan Financial Services**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** |

     **0**     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

Debtor(s)

Case No. _____

Chapter  **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**24**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May  4, 2005** _____

Signature  **/s/ Mark Dornan** _____

**Mark Dornan**
**President and Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**                                    Case No. _____
                                                             Debtor(s)          Chapter     **7**    _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **2002 Gross Income** |
| **$20,940.00** | **2003 Gross Income** |
| **$369,931.00** | **2004 Estimated Gross Income (Extension to file 2004 tax return filed)** |
| **$64,144.00** | **2005 Estimated Gross Income through March 2005** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

2

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Advanta<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | 2/10/2005; 3/16/2005;<br>5/2/2005 | $3,033.44 | $0.00 |
| Audra Meier<br>3541 N. Wilton<br>Chicago, IL 60657 | 2/2/2005; 4/7/2005 | $712.29 | $0.00 |
| Axios<br>919 Logtown Rd.<br>Ellicott City, MD 21043 | 3/10/2005 | $20,000.00 | $16,089.01 |
| Barnard-Griffin, Inc.<br>Attn: Denise<br>878 Tulip Lane<br>Richland, WA 99352 | 1/28/2005; 2/1/2005 | $20,160.00 | $2,394.45 |
| Beverage Testing Institute<br>910 W. Van Buren<br>Suite 5000<br>Chicago, IL 60607 | 3/31/2005; 4/4/2005 | $7,205.00 | $0.00 |
| Cartlidge & Browne<br>Attn: Tony Cartlidge<br>205B Jim Oswald Way<br>American Canyon, CA 94503 | 3/4/2005 | $21,212.00 | $0.00 |
| Cash | 2/2/2005; 2/8/2005; 4/4/2005 | $1,905.00 | $0.00 |
| City of Chicago<br>Department of Revenue<br>121 N. LaSalle St., Rm. 107<br>Chicago, IL 60601 | 3/14/2005; 5/2/2005;<br>5/4/2005 | $2,049.14 | $0.00 |
| Chicago Messenger Service<br>2200 Arthur Avenue<br>Elk Grove Village, IL 60007 | 2/4/2005; 2/11/2005;<br>2/18/2005; 3/4/2005;<br>4/6/2005; 4/15/2005;<br>4/19/2005 | $24,892.33 | $0.00 |
| Christopoulos Law Group, LLC<br>414 North Orleans<br>Ste. 602<br>Chicago, IL 60610 | 3/1/2005 | $1,000.00 | $0.00 |
| Cook County Collector<br>118 N. Clark Street, Rm. 112<br>Chicago, IL 60602 | 5/2/2005 | $914.91 | $0.00 |
| Chunowitz, Teitelbaum & Baerson, Ltd.<br>401 Huehl Road<br>Northbrook, IL 60062 | 4/14/2005; 4/25/2005 | $2,500.00 | $0.00 |
| D & G Transportation<br>PO Box 856<br>Germantown, WI 53022-0856 | 2/10/2005 | $1,519.40 | $4,444.60 |
| Cole Taylor Bank - Elan<br>111 W. Madison<br>Chicago, IL 60602 | 2/10/2005; 3/10/2005;<br>4/26/2005; 5/2/2005 | $5,537.00 | $2,825.74 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elias Thomas** | **3/22/2005** | **$1,304.35** | **$0.00** |
| **Frual Wine Company**<br>**1501 Paddock**<br>**Northbrook, IL 60062** | **4/25/2005** | **$1,029.84** | **$0.00** |
| **Illinois Department of Revenue**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | **4/25/2005; 5/2/2005** | **$5,877.67** | **$0.00** |
| **Jennifer Johnson**<br>**1601 N. Paulina, #26**<br>**Chicago, IL 60622** | **2/2/2005; 4/1/2005; 4/7/2005** | **$2,069.59** | **$0.00** |
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025** | **2/1/2005; 2/4/2005;**<br>**4/25/2005** | **$3,697.90** | **$347.27** |
| **Pavilion Winery**<br>**5555 Napa Vallejo Hwy.**<br>**American Canyon, CA 94503** | **2/17/2005** | **$7,504.00** | **$14,230.34** |
| **Paychex, Inc.**<br>**911 Panorama Trail South**<br>**Rochester, NY 14625-0397** | **2/10/2005; 3/10/2005;**<br>**3/29/2005; 4/19/2005;**<br>**4/25/2005; 4/26/2005.**<br>**(Amounts include employee**<br>**payments)** | **$64,741.99** | **$0.00** |
| **Ron Montonera**<br>**16 Sussey Ct.**<br>**Lake In The Hills, IL 60156** | **4/1/2005; 4/7/2005** | **$1,035.40** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **2/2/2005; 3/2/2005;3/18/2005** | **$244,500.00** | **$729.31** |
| **The Hartford**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** | **2/4/2005; 3/4/2005** | **$2,384.21** | **$0.00** |
| **Tressler, Soderstrom, Maloney & Priess**<br>**233 South Wacker Drive**<br>**Sears Tower, 22nd Floor**<br>**Chicago, IL 60606** | **4/14/2005; 4/25/2005** | **$5,074.80** | **$0.00** |
| **United Health Care**<br>**Small Group Accounting**<br>**PO Box 41738**<br>**Philadelphia, PA 19101-1938** | **2/4/2005; 3/4/2005** | **$4,665.38** | **$0.00** |
| **United Investors**<br>**5948 N. Broadway**<br>**Chicago, IL 60660** | **2/1/2005; 3/4/2005** | **$2,000.00** | **$0.00** |
| **Webster & Powell**<br>**320 W. Ohio**<br>**Chicago, IL 60610** | **4/14/2005** | **$1,500.00** | **$0.00** |
| **Zard Development**<br>**2233 N. Cicero Avenue**<br>**Chicago, IL 60639** | **2/1/2005; 3/1/2005; 4/1/2005** | **$900.00** | **$0.00** |

4

None
☐

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 9/1/2004 | $2,500.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 9/4/2004 | $3,000.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 9/10/2004 | $10,000.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 10/4/2004 | $3,000.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 10/14/2004 | $3,500.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 11/17/2004 | $3,000.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 2/1/2005 | $500.00 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 2/4/2005 | $2,498.71 | $347.27 |
| Mark Dornan<br>531 Briarhill Lane<br>Glenview, IL 60025<br>President/Owner | 4/25/2005 | $699.19 | $347.27 |
| Tastings Import Company<br>910 W. Van Buren<br>Suite 5000<br>Chicago, IL 60607 | 5/4/2004 | $10,114.10 | $0.00 |
| Tastings Import Company<br>910 W. Van Buren<br>Suite 5000<br>Chicago, IL 60607 | 5/18/2004 | $8,000.00 | $0.00 |
| Tastings Import Company<br>910 W. Van Buren<br>Suite 5000<br>Chicago, IL 60607 | 5/28/2004 | $4,000.00 | $0.00 |
| Tastings Import Company<br>910 W. Van Buren<br>Suite 5000<br>Chicago, IL 60607 | 6/1/2004 | $5,000.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/14/2004** | **$4,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/17/2004** | **$15,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/23/2004** | **$2,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/24/2004** | **$500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/28/2004** | **$4,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **6/29/2004** | **$3,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **7/9/2004** | **$6,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **7/12/2004** | **$10,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **7/20/2004** | **$10,111.42** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **7/22/2004** | **$6,002.06** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **7/28/2004** | **$10,000.05** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/2/2004** | **$2,564.58** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/6/2004** | **$7,500.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/11/2004** | **$5,070.37** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/12/2004** | **$1,300.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/16/2004** | **$3,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/27/2004** | **$8,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **8/31/2004** | **$2,592.30** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **9/13/2005** | **$15,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **9/17/2004** | **$12,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **10/12/2004** | **$8,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **10/15/2004** | **$6,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **10/21/2004** | **$34,661.92** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **10/27/2004** | **$7,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **10/28/2004** | **$4,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **11/1/2004** | **$1,200.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **11/12/2004** | **$4,300.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **11/15/2004** | **$30,199.19** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **11/19/2004** | **$60,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **11/29/2004** | **$27,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **12/7/2004** | **$10,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **12/9/2004** | **$2,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **12/13/2004** | **$1,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **12/29/2004** | **$75,047.56** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **1/12/2005** | **$16,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **1/19/2005** | **$16,029.72** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **2/2/2005** | **$225,000.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **3/2/2005** | **$16,500.00** | **$0.00** |
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **3/18/2005** | **$3,000.00** | **$0.00** |

8

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Beverage Testing Institute** **910 W. Van Buren** **Suite 5000** **Chicago, IL 60607** | **3/31/2005** | **$6,200.00** | **$0.00** |
| **Beverage Testing Institute** **910 W. Van Buren** **Suite 5000** **Chicago, IL 60607** | **4/4/2005** | **$1,005.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tastings Import Company** **910 W. Van Buren** **Suite 5000** **Chicago, IL 60607** | **March 2005** | **Wine returned. Value unknown. See Schedule B, Item 20.** |
| **Various Unknown Third-Party Vendors** | **March 2005** | **Wine returned, unknown quantities and value, possibly returned for credit. Related third parties who refuse to cooperate with Debtor may have records or information regarding such returns.** |
| **Cartlidge & Browne** **Attn: Tony Cartlidge** **205B Jim Oswald Way** **American Canyon, CA 94503** | **April 2005** | **Wine returned: approximately $15,300.05, returned for credit** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■ and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■ **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐ concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ungaretti & Harris LLP**<br>**3500 Three First National Plaza**<br>**Chicago, IL 60602** | **April 18, 2005 and April 25, 2005** | **$15,000 Retainer** |

### 10. Other transfers

None List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
☐ either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under
chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025**<br>    **President/Owner** | **March 4, 2005** | **Wine valued $22,412.73 in lieu of payment on demand notes. $347.27 still due and owing.** |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Advanta Bank Corp.**<br>**PO Box 30715**<br>**Salt Lake City, UT 84130-0715** | **Credit Card**<br>**Account No. xxx9015**<br>**Closed 5/2/2005**<br>**Final Balance: $0.00** | |
| **Elan Financial Services**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | **Credit Card**<br>**Account No. xxx0014**<br>**Closed 5/2/2005**<br>**Final Balance: $2825.74 due from Debtor** | |
| **Cole Taylor Bank**<br>**111 W. Madison**<br>**Chicago, IL 60602** | **Checking Account**<br>**Account No. xxx6170**<br>**Closed 4/19/05**<br>**Final Balance: $0.00** | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Flight**<br>**1820 Tower Drive**<br>**Glenview, IL 60025** | **Wine - $180.38** | **Warehouse** |
| **Randolph Wine Cellars**<br>**1415 W. Randolph**<br>**Chicago, IL 60607** | **Wine - $1,111.79** | **Warehouse** |
| **The Wine Seller**<br>**227 S. 3rd Street**<br>**Geneva, IL 60134** | **Wine - $1,150.00** | **Warehouse** |

11

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  |  |  |  |
| --- | --- | --- | --- |
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  |  |  |  |
| --- | --- | --- | --- |
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

|  |  |  |
| --- | --- | --- |
| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

### 18 . Nature, location and name of business

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Walter D. Lowe**<br>**3 Court St.**<br>**Auburn, NY 13021** | **Preparation of 2002 and 2003 tax returns.** |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Lake Effect Fine Wine Distribution Co.**<br>**The Debtor is in possession of some of its books and records. However, certain books and records are in the possession of one or more related third parties including, without limitation, Charles Laverick, Debra O'Kennard, The Frugal Wine Company, Inc., Beverage Testing Institute, Tasting Imports Company, which parties refuse to cooperate with Debtor.** | **910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** |
| **Chunowitz, Teitelbaum & Baerson, Ltd.** | **401 Huehl Road**<br>**Northbrook, IL 60062** |
| **Walter D. Lowe** | **3 Court Street**<br>**Auburn, NY 13021** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐       and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
**1/2005 and 2/2005**                                                (Specify cost, market or other basis)
                                                                     **To the extent inventory reports exist,
                                                                     they are in possession of related third
                                                                     parties who refuse to cooperate with
                                                                     Debtor.**

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
**1/2005 and 2/2005**                      RECORDS
                                           **Related Third Parties**

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST                PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                     NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                             OF STOCK OWNERSHIP
**Mark Dornan**                     **President and Secretary**       **100%**
**531 Briarhill Lane**
**Glenview, IL 60025**

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                        ADDRESS                                  DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐       immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                            DATE OF TERMINATION
**Mark Dornan**                     **President**                    **March 18, 2005;**
**531 Briarhill Lane**                                               **Elected President and Secretary April 8,**
**Glenview, IL 60025**                                               **2005**

**Debra O'Kennard**                 **Secretary**                    **April 4, 2005**
**5505 W. Leland Avenue**
**Chicago, IL 60630**

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Tastings Import Company**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **Various** | **See Answer to No. 3b, above** |
| **Beverage Testing Institute**<br>**910 W. Van Buren**<br>**Suite 5000**<br>**Chicago, IL 60607** | **Various** | **See Answer to No. 3b, above.** |
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025**<br>   **President/Secretary/Owner** | **Various** | **See Answer to No. 3b, above.** |
| **Mark Dornan**<br>**531 Briarhill Lane**<br>**Glenview, IL 60025**<br>   **President/Secretary/Owner** | **3/4/2005, repayment of demand notes in kind** | **$22,412.37 in wine** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 4, 2005**       Signature   **/s/ Mark Dornan**
                                              **Mark Dornan**
                                              **President and Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of Illinois

In re    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☐ Debtor      ☑ Other (specify):    **None expected.**

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Representation of Trustee in all matters involved in the discovery, pursuit and liquidation of assets for the benefit of the Estate, including but not limited to investigation of potential assets, preference actions, adversary complaints for turnover of money or property of the estate**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May  4, 2005**

**/s/ Alex Pirogovsky**
**Alex Pirogovsky**
**Ungaretti & Harris LLP**
**3500 Three First National Plaza**
**Chicago, IL 60602**
**312-977-4400  Fax: 312-977-4405**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May  4, 2005**

**/s/ Mark Dornan**

**Mark Dornan**/**President and Secretary**
Signer/Title

Ambrose Vanarsdale
18141 Cherrywood
Homewood, IL 60430


Amicus
3320 Anita Court
Napa, CA 94558


Anthony Fuller
2565 N. Forestview
River Grove, IL 60171


Audra Meier
3541 N. Wilton
Chicago, IL 60657


Axios
919 Logtown Rd.
Ellicott City, MD 21043


Barnard-Griffin, Inc.
Attn: Denise
878 Tulip Lane
Richland, WA 99352


Beverage Testing Institute
910 W. Van Buren
Suite 5000
Chicago, IL 60607


Brendan Clough
5415 N. Sheridan, #1710
Chicago, IL 60640


Champagnes & Chateaux
272 Plandome Rd.
Manhasset, NY 11030


City of Chicago
Department of Revenue
121 N. LaSalle St., Rm. 107
Chicago, IL 60601

Cole Taylor Bank - Elan
111 W. Madison
Chicago, IL 60602

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668

Cook County Collector
118 N. Clark Street, Rm. 112
Chicago, IL 60602

Craig Wilson
2542 W. 103rd Place
Chicago, IL 60655

D & G Transportation
PO Box 856
Germantown, WI 53022-0856

Daily Herald
PO Box 6000
Carol Stream, IL 60197-6000

Debra O'Kennard
5505 W. Leland Avenue
Chicago, IL 60630

Deluxe Business Checks and Solution
PO Box 1186
Lancaster, CA 93534-1186

Dena Buck
1550 Damen, #203
Chicago, IL 60622

DigeratiGroup
412 S. Wells Street
Suite 803
Chicago, IL 60607

Elan Financial Services
PO Box 790408
Saint Louis, MO 63179

Elizabeth Turner
c/o Frugal Wine Company
910 W. Van Buren, St. 5000
Chicago, IL 60607


Erin Rhoads
1365 W. Sunnyside, #3
Chicago, IL 60640


Frank Weld
627 St. Johns Place
Addison, IL 60101


Gary E. Nei
1854 Knollwood Road
Lake Forest, IL 60045


Go Lightly Manufacturing
3600 Sunrise Blvd., #2
Rancho Cordova, CA 95742


Haw River Wine Man
2921 Wormranch Rd.
Haw River, NC 27258


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60601


Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


James Ledbetter
426 S. 4th Street
Saint Charles, IL 60174


Jennifer Mass
5 Gale Avenue
River Forest, IL 60305

John Castenedo
6004 S. Mason
Chicago, IL 60638


Mark Dornan
531 Briarhill Lane
Glenview, IL 60025


MHW Ltd.
272 Plandome Rd., Ste. 100
Manhasset, NY 11030


Montinore Estate
PO Box 490
Forest Grove, OR 97116


Nicholas Gurniewicz
812 W. Junior Terr., #3
Chicago, IL 60613


Old Dominion
PO Box 60908
Charlotte, NC 28260


Patrick J. Welsh
320 Park Avenue
Suite 2500
New York, NY 10022


Pavilion Winery
5555 Napa Vallejo Hwy.
American Canyon, CA 94503


Personal Concepts


Quill
PO Box 94081
Palatine, IL 60094-4081


Rebecca Delott
2616 N. Hampden Ct., #208
Chicago, IL 60614

Richard Bernstein
c/o Frugal Wine Company
910 W. Van Buren, Ste. 5000
Chicago, IL 60607


Ron Montonera
16 Sussey Ct.
Lake In The Hills, IL 60156


Sonoma Wine Services
PO Box 207
Vineburg, CA 95487


Staples
500 Staples Dr.
Framingham, MA 01702


Tastings Import Company
910 W. Van Buren
Suite 5000
Chicago, IL 60607


Terranova Import Corp.
Arsenal Business Center, Bldg. 222
5301 Tacony St. - Box 323
Philadelphia, PA 19137-2351


The Hartford Financial Srvcs Group
Hartford Plaza
690 Asylum
Hartford, CT 06115


Thomas Scanio
10013 N. 17th Avenue
Melrose Park, IL 60160


Worldwide Express
2 East Eighth St., #1409
Chicago, IL 60605

# United States Bankruptcy Court
## Northern District of Illinois

In re   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  4, 2005**

Date

**/s/ Alex Pirogovsky**

**Alex Pirogovsky**

Signature of Attorney or Litigant

Counsel for   **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

**Ungaretti & Harris LLP**

**3500 Three First National Plaza**
**Chicago, IL 60602**
**312-977-4400 Fax:312-977-4405**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:
    **LAKE EFFECT FINE WINE DISTRIBUTION CO.**

    Debtor.

)   Chapter  **7**
)   Bankruptcy Case No.
)   Honorable
)
)

## DECLARATION REGARDING ELECTRONIC FILING

Date:  ____

A.      [To be completed in all cases.]

I,  __Marc Dornan__  , the undersigned debtor(s), corporate officer, partner, or member, ***hereby declare under penalty of perjury*** that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, and schedules is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

[B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.]

    ☐    I/we am/are aware that I/we may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code, I/we understand the relief available under each such chapter, I/we choose to proceed under chapter 7, and I/we request relief in accordance with chapter 7.

[C.    To be checked and applicable only if the petitioner is a corporation, partnership or limited liability entity.]

    ☒    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signed:  _____      Signed:  _____

        (Debtor)                                  (Joint Debtor)
        **(If joint case, both spouses must sign)**

(or)

Signed:  _____
      **Marc Dornan**
      Authorized Corporate Officer, Partner, or Member