**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| LAKE EFFECT FINE WINE DISTRIBUTION | ) | |
| | ) | CASE NO. 05-17820 PSH |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 S. Dearborn, Courtroom 644
    Chicago, Illinois 60604

    on: **May 7, 2009**
    at: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | | |
    |---|---|---:|
    | a. Receipts | $ | 26,826.04 |
    | b. Disbursements | $ | 132.75 |
    | c. Net Cash Available for Distribution | $ | 26,693.29 |

4.  Applications for administration fees and expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
    |---|---|---|---|
    | Trustee's Attorney | $ 0.00 | $ 7,000.00 | $ |
    | Trustee's Attorney | $ 0.00 | $ | $ 6.00 |
    | Trustee's Attorney | $ 0.00 | $ 6,235.00 | $ |
    | Trustee | $ 0.00 | $ 3,432.91 | $ |

| | | | | |
|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | $ 98.25 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $174,528.45, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $5.68%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | D & G Transportation | $ 5,558.80 | $ 316.00 |
| 2 | Old Dominion | $ 400.95 | $ 22.79 |
| 3 | Montinore Estate | $ 2,737.81 | $ 155.63 |
| 4 | Pavilion Winery | $ 22,032.00 | $ 1,252.42 |
| 5 | Barnard-Griffin, Inc. | $ 2,418.01 | $ 137.45 |
| 6 | Gary E. Nei | $ 100,000.00 | $ 5,684.53 |
| 7 | Mark Dornan | $ 17,401.88 | $ 989.22 |
| 8 | MHW/Lombard Brands | $ 23,979.00 | $ 1,363.09 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Trustee proposed to abandon the following property at the hearing: reimbursements from the Beverage Testing Institute and Tasting Import Co., with a scheduled value of $14,511.26 and which the Trustee determined to be of no value; causes of action for tortious interference against various parties and individuals, a potential tax refund from the state of Illinois, shipping charges due from a customer, a potential refund from Tasting Import Company and an Illinois liquor license, all with unknown scheduled values and all of which the Trustee determined to be of no value; office equipment with a scheduled value of $500; a personal computer with a scheduled value of $500, and sold but undelivered wine inventory with a scheduled value of $2,442.17.

Dated: **April 6, 2009**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

## SERVICE LIST

**LAKE EFFECT FINE WINE DISTRIBUTION**
**05-17820**

Alex D. Moglia
Moglia Advisors
1325 Remington Road, Suite H
Schaumburg, IL  60173

Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL  60606

Bruce de'Medici
Law Office of Bruce E. de'Medici
333 West Wacker Drive, Suite 300
Chicago, IL  60606

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 06, 2009
Case: 05-17820                 Form ID: pdf002              Total Served: 73

The following entities were served by first class mail on Apr 08, 2009.
db           Lake Effect Fine Wine Distribution Co.,    PO Box 7772,    Chicago, IL 60680-7772
aty          Alex Pirogovsky,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
              Chicago, IL  60602
aty         +Bruce E de'Medici,    150 North Michigan Avenue,    3300,    Chicago, IL 60601-7621
tr          +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
11140296    +ADP Financial Compliance,    Garnishment Services,    PO Box 6540,    Diamond Bar, CA 91765-6540
11140268    +ATT Broadband,    Bankruptcy Department,    PO Box 769,    Arlington, TX 76004-0769
11140294    +Alphonso Platt,    6323 11th Avenue,    Kenosha, WI 53143-5005
9309499     +Ambrose Vanarsdale,    18141 Cherrywood,    Homewood, IL 60430-1504
9309500     +Amicus,    3320 Anita Court,    Napa, CA 94558-4201
9309501     +Anthony Fuller,    2565 N. Forestview,    River Grove, IL 60171-1601
11140269    +Asset Management,    401A Pilot Ct,    Waukesha, WI 53188-2481
9309502     +Audra Meier,    3541 N. Wilton,    Chicago, IL 60657-9317
11140264    +Aurora Health Care,    10400 75th St,    Kenosha, WI 53142-7884
9309503     +Axios,    919 Logtown Rd.,    Ellicott City, MD 21043-4731
9309504     +Barnard-Griffin, Inc.,    Attn: Denise,    878 Tulip Lane,    Richland, WA 99352-8588
11140257    +Bell South Telco,    Bankruptcy Department,    PO Box 769,    Arlington, TX 76004-0769
9309505     +Beverage Testing Institute,    910 W. Van Buren,    Suite 5000,    Chicago, IL 60607-3557
9309506     +Brendan Clough,    5415 N. Sheridan, #1710,    Chicago, IL 60640-1971
9309507     +Champagnes & Chateaux,    272 Plandome Rd.,    Manhasset, NY 11030-2327
9309508     +City of Chicago,    Department of Revenue,    121 N. LaSalle St., Rm. 107,    Chicago, IL 60602-1232
9309509      Cole Taylor Bank - Elan,    111 W. Madison,    Chicago, IL 60602
9309511     +Cook County Collector,    118 N. Clark Street, Rm. 112,    Chicago, IL 60602-1332
9309512     +Craig Wilson,    2542 W. 103rd Place,    Chicago, IL 60655-1005
11140276    +Credit Acceptance,    PO Box 513,    Southfield, MI 48037-0513
9309513      D & G Transportation,    PO Box 856,    Germantown, WI 53022-0856
9309514      Daily Herald,    PO Box 6000,    Carol Stream, IL 60197-6000
9309515     +Debra O'Kennard,    5505 W. Leland Avenue,    Chicago, IL 60630-3512
9309516     +Deluxe Business Checks and Solution,    PO Box 1186,    Lancaster, CA 93584-1186
9309517     +Dena Buck,    1550 Damen, #203,    Chicago, IL 60622-1942
9309518     +DigeratiGroup,    412 S. Wells Street,    Suite 803,    Chicago, IL 60607-3923
9309520     +Elizabeth Turner,    c/o Frugal Wine Company,    910 W. Van Buren, St. 5000,
              Chicago, IL 60607-3557
9309521     +Erin Rhoads,    1365 W. Sunnyside, #3,    Chicago, IL 60640-5541
9309522     +Frank Weld,    627 St. Johns Place,    Addison, IL 60101-3266
9309523     +Gary E. Nei,    1854 Knollwood Road,    Lake Forest, IL 60045-1135
9309524     +Go Lightly Manufacturing,    3600 Sunrise Blvd., #2,    Rancho Cordova, CA 95742-7340
11140277    +Greenwich Finance,    1621 E New York St,    Aurora, IL 60505-3245
9309525     +Haw River Wine Man,    2921 Wormranch Rd.,    Haw River, NC 27258-9578
9309527    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9309526      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
9309528     +James Ledbetter,    426 S. 4th Street,    Saint Charles, IL 60174-2772
9309529     +Jennifer Mass,    5 Gale Avenue,    River Forest, IL 60305-2009
9309530     +John Castenedo,    6004 S. Mason,    Chicago, IL 60638-4428
11140293    +Latricia Murry,    2610 Cornelia Ave, #4,    Waukegan, IL 60085-4566
11140278   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO FIN99,    PO Box 41606,    Philadelphia, PA 19101)
11140261     MEA AEA Kenosha,    Aurora Hospital,    Kenosha, WI 53144
9309532     +MHW/Lombard Brands,    272 Plandome Rd,    Manhasset, NY 11030-2327
9309531     +Mark Dornan,    531 Briarhill Lane,    Glenview, IL 60025-4943
9309533     +Montinore Estate,    PO Box 490,    Forest Grove, OR 97116-0490
11140263    +National City Bank,    1900 East Ninth St,    Cleveland, OH 44114-3484
9309534     +Nicholas Gurniewicz,    812 W. Junior Terr., #3,    Chicago, IL 60613-5098
11140272    +North Chicago Police Dept,    1850 Lewis,    North Chicago, IL 60064-2098
9309535     +Old Dominion,    PO Box 60908,    Charlotte, NC 28260-0908
9309536     +Patrick J. Welsh,    320 Park Avenue,    Suite 2500,    New York, NY 10022-6815
9309537     +Pavilion Winery,    5135 Solano Ave,    Nepa, CA 94558-1332
11140275    +Peoples Choice Video,    2411 Grand Ave,    Waukegan, IL 60085-3314
11140270    +Plains Commerce Bank,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
9309539      Quill,    PO Box 94081,    Palatine, IL 60094-4081
9309540     +Rebecca Delott,    2616 N. Hampden Ct., #208,    Chicago, IL 60614-1735
9309541     +Richard Bernstein,    c/o Frugal Wine Company,    910 W. Van Buren, Ste. 5000,
              Chicago, IL 60607-3557
9309542     +Ron Montonera,    16 Sussey Ct.,    Lake In The Hills, IL 60156-6257
11140280    +SBC,    Bankruptcy Department,    PO Box 769,    Arlington, TX 76004-0769
9309543     +Sonoma Wine Services,    PO Box 207,    Vineburg, CA 95487-0207
11140259    +Sprint PCS,    2001 Edmond Halley Dr,    Reston, VA 20191-3436
9309544     +Staples,    500 Staples Dr.,    Framingham, MA 01702-4474
9309545     +Tastings Import Company,    910 W. Van Buren,    Suite 5000,    Chicago, IL 60607-3557
9309546     +Terranova Import Corp.,    Arsenal Business Center, Bldg. 222,    5301 Tacony St. - Box 323,
              Philadelphia, PA 19137-2310
9309547     +The Hartford Financial Srvcs Group,    Hartford Plaza,    690 Asylum,    Hartford, CT 06105-3845
9309548      Thomas Scanio,    10013 N. 17th Avenue,    Melrose Park, IL 60160
9566613     +Tressler Soderstrom Maloney & Pri,    Sears Tower 22nd Floor,    233 S Wacker Drive,
              Chicago, IL 60606-6306
9309519    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    PO Box 790408,    Saint Louis, MO 63179)
11140255    +US Cellular M02,    8410 W Bryn Mawr Suite 700,    Chicago, IL 60631-3486
9309549     +Worldwide Express,    2 East Eighth St., #1409,    Chicago, IL 60605-2124
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 06, 2009
Case: 05-17820                Form ID: pdf002          Total Served: 73

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Apr 07, 2009.
9309510        +E-mail/Text: brandy.glashin@comed.com                Commonwealth Edison,
                 Bill Payment Center,   Chicago, IL 60668-0001
                                                                                         TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mandell Menkes LLC
11140241        Creditor Matrix
11140239        Northern District of Illinois
9309538         Personal Concepts
11140238        United States Bankruptcy Court
                                                                                    TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2009**                    **Signature:**    _Joseph Speetjens_