**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LAKE EFFECT FINE WINE DISTRIBUTION      § Case No. 05-17820
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $17,953.43 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $9,957.57 | Claims Discharged Without Payment: $164,593.76 |
| Total Expenses of Administration: $16,880.16 | |

3) Total gross receipts of $ 26,837.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $26,837.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,968.41 | 16,880.16 | 16,880.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 174,551.33 | 174,551.33 | 9,957.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $197,519.74 | $191,431.49 | $26,837.73 |

      4) This case was originally filed under Chapter 7 on May 04, 2005.
. The case was pending for 55 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2009            By: /s/ALEX D. MOGLIA
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 13,893.95 |
| SECURITY DEPOSITS - IDOR | 1129-000 | 1,025.36 |
| ACCOUNTS RECEIVABLE | 1121-000 | 9,817.80 |
| MISCELLANEOUS REFUNDS | 1290-000 | 250.35 |
| HARTFORD INSURANCE POLICIES - WC AND BUS. INS. | 1129-000 | 423.21 |
| Interest Income | 1270-000 | 1,427.06 |
| **TOTAL GROSS RECEIPTS** | | **$26,837.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 3,432.91 | 3,432.91 | 3,432.91 |
| ALEX D. MOGLIA | 2200-000 | N/A | 98.25 | 45.00 | 45.00 |
| MANDELL MENKES LLC | 3210-000 | N/A | 11,035.00 | 7,000.00 | 7,000.00 |
| Law Office of Bruce E. de'Medici | 3210-000 | N/A | 8,235.00 | 6,235.00 | 6,235.00 |
| MANDELL MENKES LLC | 3220-000 | N/A | 6.00 | 6.00 | 6.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 36.34 | 36.34 | 36.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 41.62 | 41.62 | 41.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 54.79 | 54.79 | 54.79 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 28.50 | 28.50 | 28.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,968.41 | 16,880.16 | 16,880.16 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| D & G Transportation | 7100-000 | N/A | 5,558.80 | 5,558.80 | 317.15 |
| Old Dominion | 7100-000 | N/A | 400.95 | 400.95 | 0.00 |
| Montinore Estate | 7100-000 | N/A | 2,737.81 | 2,737.81 | 156.20 |
| Pavilion Winery | 7100-000 | N/A | 22,032.00 | 22,032.00 | 1,257.02 |
| Barnard-Griffin, Inc. | 7100-000 | N/A | 2,418.01 | 2,418.01 | 137.96 |
| Gary E. Nei | 7100-000 | N/A | 100,000.00 | 100,000.00 | 5,705.41 |
| Mark Dornan | 7100-000 | N/A | 17,401.88 | 17,401.88 | 992.85 |
| MHW/Lombard Brands | 7100-000 | N/A | 23,979.00 | 23,979.00 | 1,368.10 |
| Clerk of the U.S. Bankruptcy Court | 7100-000 | N/A | 22.88 | 22.88 | 22.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 174,551.33 | 174,551.33 | 9,957.57 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-17820  **Trustee:** (330260) ALEX D. MOGLIA
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  **Filed (f) or Converted (c):** 05/04/05 (f)
**§341(a) Meeting Date:** 06/28/05
**Period Ending:** 11/20/09  **Claims Bar Date:** 02/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 6,811.46 | 6,811.46 | | 13,893.95 | FA |
| 2 | SECURITY DEPOSITS - IDOR | 1,025.19 | 1,025.19 | | 1,025.36 | FA |
| 3 | ACCOUNTS RECEIVABLE | 24,062.52 | 24,062.52 | | 9,817.80 | FA |
| 4 | LIQUIDATED DEBTS OWING DEBTOR | 14,511.26 | 14,511.26 | DA | 0.00 | 0.00 |
| 5 | TORTIOUS INTERFERENCE CAUSES OF ACTION | Unknown | Unknown | DA | 0.00 | Unknown |
| 6 | REFUND DUE FROM TASTING IMPORT COMPANY | Unknown | Unknown | DA | 0.00 | Unknown |
| 7 | TAX REFUNDS - ILLINOIS | Unknown | Unknown | DA | 0.00 | Unknown |
| 8 | SHIPPING CHARGES DUE FROM FRUGAL WINE COMPANY | Unknown | Unknown | DA | 0.00 | Unknown |
| 9 | LICENSES, FRANCHISES AND GENERAL INTANGIBLES | Unknown | Unknown | DA | 0.00 | Unknown |
| 10 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | SOLD BUT UNDELIVERED WINE INVENTORY | 2,442.17 | 0.00 | DA | 0.00 | 0.00 |
| 14 | MISCELLANEOUS REFUNDS (u) | 0.00 | 250.35 | | 250.35 | FA |
| 15 | HARTFORD INSURANCE POLICIES - WC AND BUS. INS. | Unknown | Unknown | | 423.21 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,427.06 | FA |
| 15 | Assets   Totals (Excluding unknown values) | **$49,852.60** | **$46,660.78** | | **$26,837.73** | **$0.00** |

**Major Activities Affecting Case Closing:**
   FINAL REPORT BEING PREPARED.

**Initial Projected Date Of Final Report (TFR):**   February 28, 2007     **Current Projected Date Of Final Report (TFR):**   March 26, 2009 (Actual)

Printed: 11/20/2009 09:05 AM   V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-17820 | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | LAKE EFFECT FINE WINE DISTRIBUTION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****60-65 - Money Market Account |
| Taxpayer ID #: | 71-0894434 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/20/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/20/05 | {1} | Lake Effect Fine Wine Distribution | liquidation of personal property | 1129-000 | 13,846.34 | | 13,846.34 |
| 05/26/05 | {2} | ILLINOIS DEPT. OF REVENUE | Refund from bonding | 1129-000 | 1,025.36 | | 14,871.70 |
| 05/26/05 | {3} | Potash Bros. Supermart | 4/28/05 Bill 5599 | 1121-000 | 96.86 | | 14,968.56 |
| 05/26/05 | {3} | Hinsdale Wine Shop | Invoice 5045 | 1121-000 | 352.00 | | 15,320.56 |
| 05/26/05 | {3} | Abner Restaurants, Inc. | Invoice 5291 & 4964 | 1121-000 | 100.85 | | 15,421.41 |
| 05/26/05 | {3} | Via Inc. | Invoice 5404 | 1121-000 | 228.76 | | 15,650.17 |
| 05/26/05 | {3} | Peninsula Chicago LLC | Inv. 20050429 | 1121-000 | 205.72 | | 15,855.89 |
| 05/26/05 | {3} | Reliance Hotel LLC | Inv. 4880, 5183 & 5481 | 1121-000 | 494.30 | | 16,350.19 |
| 05/26/05 | {3} | Mia Francesca | Inv. 5338 | 1121-000 | 139.72 | | 16,489.91 |
| 05/26/05 | {3} | The Little Traveler | Inv. 5625 | 1121-000 | 272.00 | | 16,761.91 |
| 05/26/05 | {3} | Galleria Liqueurs | Inv.4850 | 1121-000 | 314.57 | | 17,076.48 |
| 05/26/05 | {3} | Cabernet & Company | Inv 5385 & 5535 | 1121-000 | 694.00 | | 17,770.48 |
| 05/27/05 | {3} | Reliance Hotel | Reverse entry Dep.10003-2 - ck#12492 | 1121-000 | 494.30 | | 18,264.78 |
| 05/27/05 | {3} | Reliance Hotel,LLC dba | REF: DEPOSIT 10003-2 - Payment Stopped/Returned - Ck.#12492 - $494.30 - Inv. 4880,5183&5481 | 1121-000 | -494.30 | | 17,770.48 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.10 | | 17,771.58 |
| 06/03/05 | {3} | Fine Wine Brokers, Inc. | Invoice 5619 | 1121-000 | 158.58 | | 17,930.16 |
| 06/03/05 | {3} | Bleekers Bowl | Invoice 5551 | 1121-000 | 282.09 | | 18,212.25 |
| 06/03/05 | {3} | Reliance Hotel LLC | Invoice 5758 - 5/12/05 | 1121-000 | 208.86 | | 18,421.11 |
| 06/03/05 | {3} | The Little Traveler | Invoice 5774 - 5/13/05 | 1121-000 | 760.00 | | 19,181.11 |
| 06/03/05 | {3} | Midwest Gourmet Foods | Invoice 5604 - 4/28/05 | 1121-000 | 225.72 | | 19,406.83 |
| 06/03/05 | {3} | Bleekers Bowl | Invoice 5557 | 1121-000 | 282.09 | | 19,688.92 |
| 06/03/05 | {3} | Reliance Hotel, LLC dba | Invoice 5758 | 1121-000 | 208.86 | | 19,897.78 |
| 06/03/05 | {3} | The Little Traveler | Invoice 5774 | 1121-000 | 760.00 | | 20,657.78 |
| 06/03/05 | {3} | Midwest Gourmet Foods | Invoice 5604 | 1121-000 | 225.72 | | 20,883.50 |
| 06/03/05 | {3} | Fine Wine Brokers, Inc. | Reverse 100004-1 - invoice 5619 | 1121-000 | -158.58 | | 20,724.92 |
| 06/03/05 | {3} | Bleekers Bowl | Reverse 100004-2 - Invoice 5551 | 1121-000 | -282.09 | | 20,442.83 |
| 06/03/05 | {3} | Reliance Hotel LLC | Reverse 100004-3 - Invoice 5758 - Ck#12691 | 1121-000 | -208.86 | | 20,233.97 |
| 06/03/05 | {3} | The Little Traveler | Reverse 100004-4 - Invoice 5774 - Ck #30647 | 1121-000 | -760.00 | | 19,473.97 |
| 06/03/05 | {3} | Midwest Gourmet Foods | Reverse 100004-5 - Invoive 5604 - Ck#13933 | 1121-000 | -225.72 | | 19,248.25 |
| 06/03/05 | {3} | Reliance Hotel | Check Returned 6/3/05 - Dep.10003-2 - Ck#12492 | 1121-000 | -494.30 | | 18,753.95 |
| 06/10/05 | {3} | Reliance Hotel | Deposit returned (stop payment) | 1121-000 | -208.86 | | 18,545.09 |
| 06/14/05 | {3} | Figo, LLC | Invoice 4835 - Dated 3/3/05 | 1121-000 | 288.00 | | 18,833.09 |
| 06/14/05 | {3} | The Little Traveler | Deposit Returned (Payment Stopped) | 1121-000 | -760.00 | | 18,073.09 |
| 06/21/05 | {3} | The Angel's Share LTD | Invoice 5257 - ACCOUNTS RECEIVABLE | 1121-000 | 1,370.36 | | 19,443.45 |

Subtotals :      $19,443.45      $0.00

{} Asset reference(s)

Printed: 11/20/2009 09:05 AM     V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-17820  
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  
**Taxpayer ID #:** 71-0894434  
**Period Ending:** 11/20/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*60-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/05 | {3} | Treasure Island Foods, Inc. | Invoice # 4897 payment | 1121-000 | 159.71 | | 19,603.16 |
| 06/30/05 | {3} | Corkscrew Wine Emporium | Receivable Collections | 1121-000 | 1,065.00 | | 20,668.16 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 5.89 | | 20,674.05 |
| 07/12/05 | {1} | Advanta Bank Corp. | Refund check for account #5475843418329015 | 1129-000 | 47.61 | | 20,721.66 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 7.13 | | 20,728.79 |
| 08/03/05 | {3} | Arun Sampanthavivat | ACCOUNTS RECEIVABLE - 5142 | 1121-000 | 562.58 | | 21,291.37 |
| 08/03/05 | {3} | Inter Continental Hotels and Resort | ACCOUNTS RECEIVABLE - invoice 6223 | 1121-000 | 157.72 | | 21,449.09 |
| 08/23/05 | {3} | Willowbrook Liquors, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 312.00 | | 21,761.09 |
| 08/23/05 | {3} | Cabernet & Company | ACCOUNTS RECEIVABLE | 1121-000 | 567.36 | | 22,328.45 |
| 08/23/05 | {3} | Whole Foods | Inv. 6389RVF,RVF041105BRVF, RVF041105CRVF, &RVF041105RVF | 1121-000 | 1,166.21 | | 23,494.66 |
| 08/23/05 | {3} | Wole Foods Market | Invoice 6703 | 1121-000 | 177.72 | | 23,672.38 |
| 08/23/05 | {3} | Whole Foods Market | Invoice 6642 | 1121-000 | 1,044.18 | | 24,716.56 |
| 08/23/05 | {3} | Willowbrook Liquors Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 312.00 | | 25,028.56 |
| 08/23/05 | {3} | Whole Foods Market | Invoices 6386RVF, RVF041105BRVF, RVF041105CRVF, & RVF041105RVF | 1121-000 | 1,166.21 | | 26,194.77 |
| 08/23/05 | {3} | Whole Foods Market | Invoice 6703 | 1121-000 | 177.72 | | 26,372.49 |
| 08/23/05 | {3} | Whole Foods Market | Invoice 6642 | 1121-000 | 1,044.18 | | 27,416.67 |
| 08/23/05 | {3} | Willowbrook Liquors, Inc. | Reverse deposit 1000012-1 | 1121-000 | -312.00 | | 27,104.67 |
| 08/23/05 | {3} | Cabernet & Company | Reverse deposit 1000012-2 | 1121-000 | -567.36 | | 26,537.31 |
| 08/23/05 | {3} | Whole Foods Market | Reverse Deposit 1000012-3 Check 02892603 | 1121-000 | -1,166.21 | | 25,371.10 |
| 08/23/05 | {3} | Whole Foods Market | Reverse Deposit 1000012-4 Check 0899658 | 1121-000 | -177.72 | | 25,193.38 |
| 08/23/05 | {3} | Whole Foods Market | Reverse Deposit 1000012-5 Check 02889797 | 1121-000 | -1,044.18 | | 24,149.20 |
| 08/30/05 | {3} | Whole Foods | Deposit Returned (Stop Payment) | 1121-000 | -1,166.21 | | 22,982.99 |
| 08/30/05 | {3} | Whole Foods | Deposit Returned (Stop Payment) | 1121-000 | -1,044.18 | | 21,938.81 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 8.33 | | 21,947.14 |
| 09/01/05 | {3} | Willowbrook Liquors, Inc. | Deposit 100013-1 - dated 8/23/05 was returned from Chase Bank "Payment Stopped | 1121-000 | -312.00 | | 21,635.14 |
| 09/19/05 | {14} | Com Ed | Refund check | 1290-000 | 250.35 | | 21,885.49 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 8.54 | | 21,894.03 |
| 10/04/05 | {15} | The Hartfrd Insurance | Audit Refund | 1129-000 | 423.21 | | 22,317.24 |
| 10/12/05 | {3} | Kenwood Liquors | A/R invoice 7595 | 1121-000 | 2,709.72 | | 25,026.96 |
| 10/21/05 | {3} | Willowbrook Liquors, Inc. | Wrong date enter for returned for 100013-1 - 8/23/05 | 1121-000 | 312.00 | | 25,338.96 |
| 10/21/05 | {3} | Willowbrook Liquors Inc. | Deposit date 8/23/05 - 100013-1 - Returned as "Payment Stopped" | 1121-000 | -312.00 | | 25,026.96 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 10.25 | | 25,037.21 |

Subtotals :   $5,593.76   $0.00

{} Asset reference(s)   Printed: 11/20/2009 09:05 AM   V.11.53

Case 05-17820    Doc 40    Filed 01/05/10    Entered 01/05/10 14:16:49    Desc Main
Document      Page 10 of 13

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-17820  
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  

**Taxpayer ID #:** 71-0894434  
**Period Ending:** 11/20/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*60-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.32 | | 25,048.53 |
| 12/07/05 | {3} | Town Liquors/Armanetti Beverage Mart | A/ R collections | 1121-000 | 284.70 | | 25,333.23 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.64 | | 25,345.87 |
| 01/03/06 | {3} | Eighteen West Jefferson Corp. | ACCOUNTS RECEIVABLE | 1121-000 | 130.00 | | 25,475.87 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.34 | | 25,490.21 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 37.46 | | 25,527.67 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 52.09 | | 25,579.76 |
| 04/20/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/20/2006 FOR CASE #05-17820 | 2300-000 | | 36.34 | 25,543.42 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 50.51 | | 25,593.93 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 52.22 | | 25,646.15 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 50.64 | | 25,696.79 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 52.43 | | 25,749.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 52.54 | | 25,801.76 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 49.20 | | 25,850.96 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4000% | 1270-000 | 54.39 | | 25,905.35 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4000% | 1270-000 | 51.09 | | 25,956.44 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4000% | 1270-000 | 49.49 | | 26,005.93 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 55.13 | | 26,061.06 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 45.38 | | 26,106.44 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 48.70 | | 26,155.14 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 50.42 | | 26,205.56 |
| 04/30/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2007 FOR CASE #05-17820, Bond Number 016026455 - 02/01/07 thru 02/01/08 | 2300-000 | | 41.62 | 26,163.94 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 50.44 | | 26,214.38 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 47.27 | | 26,261.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 52.26 | | 26,313.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 50.73 | | 26,364.64 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 45.90 | | 26,410.54 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 54.20 | | 26,464.74 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 46.12 | | 26,510.86 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 43.90 | | 26,554.76 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 38.67 | | 26,593.43 |

Subtotals :   $1,634.18   $77.96

{} Asset reference(s)

Printed: 11/20/2009 09:05 AM   V.11.53

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-17820  
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  

**Taxpayer ID #:** 71-0894434  
**Period Ending:** 11/20/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/08 | 1003 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-17820<br>Voided on 02/25/08 | 2300-000 | | 54.79 | 26,538.64 |
| 02/25/08 | 1003 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-17820<br>Voided: check issued on 02/25/08 | 2300-000 | | -54.79 | 26,593.43 |
| 02/25/08 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-17820 | 2300-000 | | 54.79 | 26,538.64 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 21.75 | | 26,560.39 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 19.77 | | 26,580.16 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 15.07 | | 26,595.23 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 13.59 | | 26,608.82 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.00 | | 26,622.82 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.01 | | 26,636.83 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 13.11 | | 26,649.94 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 14.48 | | 26,664.42 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 12.79 | | 26,677.21 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.22 | | 26,684.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.58 | | 26,690.01 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.28 | | 26,693.29 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.06 | | 26,696.35 |
| 03/09/09 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #05-17820, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 28.50 | 26,667.85 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.50 | | 26,671.35 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.28 | | 26,674.63 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.85 | | 26,676.48 |
| 05/18/09 | | To Account #********6066 | Closing MMA for Final distribution. Amount includes $1.85 interest | 9999-000 | | 26,676.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **26,837.73** | **26,837.73** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 26,676.48 | |
| | | | **Subtotal** | | **26,837.73** | **161.25** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,837.73** | **$161.25** | |

{} Asset reference(s)

Printed: 11/20/2009 09:05 AM    V.11.53

# FORM 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-17820  
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  

**Taxpayer ID #:** 71-0894434  
**Period Ending:** 11/20/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*60-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/09 | | From Account #\*\*\*\*\*\*\*\*6065 | Closing MMA for Final distribution. Amount includes $1.85 interest | 9999-000 | 26,676.48 | | 26,676.48 |
| 05/18/09 | 101 | Law Office of Bruce E. de'Medici | Dividend paid 100.00% on $6,235.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 6,235.00 | 20,441.48 |
| 05/18/09 | 102 | MANDELL MENKES LLC | Dividend paid 100.00% on $7,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 7,000.00 | 13,441.48 |
| 05/18/09 | 103 | ALEX D. MOGLIA | Dividend paid 100.00% on $3,432.91, Trustee Compensation; Reference: | 2100-000 | | 3,432.91 | 10,008.57 |
| 05/18/09 | 104 | ALEX D. MOGLIA | Dividend paid 100.00% on $45.00, Trustee Expenses; Reference: | 2200-000 | | 45.00 | 9,963.57 |
| 05/18/09 | 105 | MANDELL MENKES LLC | Dividend paid 100.00% on $6.00, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 6.00 | 9,957.57 |
| 05/18/09 | 106 | D & G Transportation | Dividend paid 9% on Claim# 1 | 7100-000 | | 317.15 | 9,640.42 |
| 05/18/09 | 107 | Old Dominion | Dividend paid 9% on Claim# 2<br>Voided on 07/27/09 | 7100-000 | | 22.88 | 9,617.54 |
| 05/18/09 | 108 | Montinore Estate | Dividend paid 9% on Claim# 3 | 7100-000 | | 156.20 | 9,461.34 |
| 05/18/09 | 109 | Pavilion Winery | Dividend paid 9% on Claim# 4 | 7100-000 | | 1,257.02 | 8,204.32 |
| 05/18/09 | 110 | Barnard-Griffin, Inc. | Dividend paid 9% on Claim# 5 | 7100-000 | | 137.96 | 8,066.36 |
| 05/18/09 | 111 | Gary E. Nei | Dividend paid 9% on Claim# 6 | 7100-000 | | 5,705.41 | 2,360.95 |
| 05/18/09 | 112 | Mark Dornan | Dividend paid 9% on Claim# 7 | 7100-000 | | 992.85 | 1,368.10 |
| 05/18/09 | 113 | MHW/Lombard Brands | Dividend paid 9% on Claim# 8 | 7100-000 | | 1,368.10 | 0.00 |
| 07/27/09 | 107 | Old Dominion | Dividend paid 9% on Claim# 2<br>Voided: check issued on 05/18/09 | 7100-000 | | -22.88 | 22.88 |
| 08/31/09 | 114 | The Clerk of the Court | Unclaimed funds for Lake Effect Fine Wine Distribution Case 05-17820<br>Voided on 09/11/09 | 2700-000 | | 22.88 | 0.00 |
| 09/11/09 | 114 | The Clerk of the Court | Unclaimed funds for Lake Effect Fine Wine Distribution Case 05-17820<br>Voided: check issued on 08/31/09 | 2700-000 | | -22.88 | 22.88 |
| 09/11/09 | 115 | Clerk of the U.S. Bankruptcy Court | Unclaimed distribution funds from the Lke Effect Wine Distribution Case 05-17820 | 7100-000 | | 22.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,676.48 | 26,676.48 | $0.00 |
| | | | Less: Bank Transfers | | 26,676.48 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 26,676.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$26,676.48** | |

{} Asset reference(s)

Printed: 11/20/2009 09:05 AM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-17820  
**Case Name:** LAKE EFFECT FINE WINE DISTRIBUTION  

**Taxpayer ID #:** 71-0894434  
**Period Ending:** 11/20/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****60-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | **MMA # ***-*****60-65** | 26,837.73 | 161.25 | 0.00 |
|  | **Checking # ***-*****60-66** | 0.00 | 26,676.48 | 0.00 |
|  |  | **$26,837.73** | **$26,837.73** | **$0.00** |